UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Rosie M. Burks<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   13-27748<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar |

**Final Order Allowing Debt To Be Incurred**

This matter coming on the motion of Rosie M Burks, due notice having been given and the Court being fully advised,

IT IS HEREBY ORDERED:

1. The debtor is authorized to incur the debt necessary to purchase a 2009 Pontiac G6, or like vehicle, using a loan with the following terms: interest of 15.99% or less, a loan of less than $16,300, and payments of no more than $375 over a term of no more than 66 months.

Enter:

Dated: 11 MAR 2014

United States Bankruptcy Judge

**Prepared by:**
Robert J. Adams & Associates
901 W. Jackson, Suite 202
Chicago, IL 60607

Rev: 20130104_bko